IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
CLIFTON ROBERTO C.T. MARSHALL,  )
                                )
          Plaintiff,            )
                                )
     v.                         )    1:17CV873
                                )
"EXTREME HOME MAKEOVER",        )
                                )
          Defendant.            )
```

**ORDER**

On July 30, 2018, the Recommendation of the United States Magistrate Judge was filed (Doc. 4) and notice was served on the parties pursuant to 28 U.S.C. § 636(b). On August 16, 2018, Plaintiff filed an objection. (Doc. 6.) On August 30, 2018, Defendant filed a response to the objection. (Doc. 9.)

The court has conducted a review of the matters set forth in the Plaintiff's filing and made a *de novo* determination. The court's review is in accord with the Recommendation.

IT IS THEREFORE ORDERED AND ADJUDGED that this action is DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915A for the reasons set forth in the Recommendation of the United States Magistrate Judge.

                                                             /s/   Thomas D. Schroeder
                                                    United States District Judge

September 6, 2018